```
                UNITED STATES BANKRUPTCY COURT
                Middle District of North Carolina

IN RE:
    WILBUR JAMES DUNEVANT                  CASE NO. 07-80269
    THERESA MARIE DUNEVANT                 JUDGE Catharine R. Carruthers
    3686 CUNNINGHAM ROAD
    SEMORA NC
                           27343           DATE: 09/21/07
         Debtor(s)

---SSN(1)XXX-XX-7203 SSN(2)XXX-XX-1523------------------------------------

                       REPORT OF FILED CLAIMS
-------------------------------------------------------------------------


     Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs  of claim
filed in this case and objected to the allowance of such claims as  appeared  to
be improper except where no purpose would have been served  by  such  objection.
After such examination and objections, if any, the trustee  states  that  claims
should be deemed allowed or "not filed" as indicated below.
```

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ADVANTA BANK CORP<br>P O BOX 30715<br>SALT LAKE CITY UT<br>84130-0715 | .00<br>INT:   .00%<br>040462<br>0013 | Unsecured<br>NOT FILED<br>ACCT:5477-5421-0001-5506<br>COMM: |
| ALLTEL<br>BANKRUPTCY DEPT 1269 B5F03-B<br>ONE ALLIED DRIVE<br>LITTLE ROCK AR          72202-9918 | 92.74<br>INT:   .00%<br>151609<br>0025 | Unsecured<br><br>ACCT:RX278QF<br>COMM: |
| AMERICAN GENERAL FINANCE<br>P O BOX 1081<br>ROXBORO NC<br>27573-0000 | 4,736.95<br>INT:   .00%<br>050679<br>0014 | Unsecured<br><br>ACCT:3244-4467<br>COMM: |
| BENEFICIAL MORTGAGE CO<br>ATTN PAYMENT PROCESSING<br>1301 E TOWER RD<br>SCHAUMBURG IL          60173-0000 | 1,329.00<br>INT:   .00%<br>189871<br>0001 | CONTINUING DEBT<br><br>ACCT:601709/REG PYMT<br>COMM:1ST DEED/TRUST (RES) |
| BENEFICIAL MORTGAGE CO<br>4711 HOPE VALLEY ROAD SUITE 5C<br>DURHAM NC<br>27707-0000 | .00<br>INT:   .00%<br>706633<br>0003 | Unsecured<br>NOT FILED<br>ACCT:601709135134699<br>COMM:UNSECD/3RD D/T (RES) |
| BENEFICIAL MORTGAGE CO<br>ATTN PAYMENT PROCESSING<br>1301 E TOWER RD<br>SCHAUMBURG IL          60173-0000 | 15.00<br>INT:   .00%<br>189871<br>0032 | ARREARS-MORTGAGES/MOBILE HOME<br><br>ACCT:601709/ARREARS<br>COMM:ARREARS/1ST D/T(RES) |

```
--------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR          AMOUNT   CLASSIFICATION
--------------------------------------------------------------------------
BENEFICIAL MORTGAGE CO OF NC             .00   NOTICES ONLY
961 WEIGEL DR                    INT:   .00%   NOT FILED
ELMHURST IL                           663335   ACCT:
                               60126-0000 0033  COMM:
--------------------------------------------------------------------------
CAPITAL ONE BANK                      883.84   Unsecured
% TSYS DEBT MANAGEMENT           INT:   .00%
P O BOX 5155                          110808   ACCT:43TD-M822-7358-3743
NORCROSS GA                    30091-0000 0016  COMM:B0000000 7416159NCM2
--------------------------------------------------------------------------
CITIBUSINESS CARD                        .00   Unsecured
P O BOX 44180                    INT:   .00%   NOT FILED
JACKSONVILLE FL                       286110   ACCT:5082-2900-4717-6711
                               32231-4180 0017  COMM:
--------------------------------------------------------------------------
CREDIT BUREAU                            .00   NOTICES ONLY
P O BOX 26140                    INT:   .00%   NOT FILED
GREENSBORO NC                         116929   ACCT:
                               27402-0000 0026  COMM:
--------------------------------------------------------------------------
CREDIT BUREAU OF GREENSBORO              .00   NOTICES ONLY
P O BOX 26140                    INT:   .00%   NOT FILED
GREENSBORO NC                         086884   ACCT:
                               27402-0000 0018  COMM:
--------------------------------------------------------------------------
CREDITOR LISTED IN ERROR                 .00   Priority
                                 INT:   .00%   NOT FILED
                                      777777   ACCT:
                                        0008   COMM:
--------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION        4,173.38   Unsecured
P O BOX 35480                    INT:   .00%
NEWARK NJ                             016426   ACCT:3672
                               07193-5480 0015  COMM:9301
--------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION        3,435.12   Unsecured
P O BOX 35480                    INT:   .00%
NEWARK NJ                             016426   ACCT:1351
                               07193-5480 0022  COMM:GEMB/LOWE'S CONSUMER
--------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION          831.56   Unsecured
P O BOX 35480                    INT:   .00%
NEWARK NJ                             016426   ACCT:0949
                               07193-5480 0023  COMM:GEMB/LOWE'S CONSUMR
--------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION        5,156.33   Unsecured
P O BOX 35480                    INT:   .00%
NEWARK NJ                             016426   ACCT:9301
                               07193-5480 0028  COMM:
--------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR            AMOUNT    CLASSIFICATION
--------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION                 .00   NOTICES ONLY
P O BOX 35480                      INT:    .00%  NOT FILED
NEWARK NJ                               016426    ACCT:
                              07193-5480    0030    COMM:
--------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION              978.00   Unsecured
P O BOX 35480                      INT:    .00%
NEWARK NJ                               016426    ACCT:7730
                              07193-5480    0034    COMM:
--------------------------------------------------------------------------
EMPLOYMENT SECURITY COMMISSION               .00   NOTICES ONLY
ATTN BENEFIT PAYMENT CONTROL        INT:    .00%  NOT FILED
P O BOX 26504                           406559    ACCT:
RALEIGH NC                       27611-6504    0019    COMM:
--------------------------------------------------------------------------
EQUITY ONE INC                          4,861.35   Unsecured
901 BECKFORD DRIVE                 INT:    .00%
HENDERSON NC                            817146    ACCT:9003-0884-3
                              27536-0000    0020    COMM:
--------------------------------------------------------------------------
HOUSEHOLD FINANCE/BENEFICIAL          13,549.96   Unsecured
BY ECAST SETTLEMENT CORP           INT:    .00%
P O BOX 35480                           239530    ACCT:7652
NEWARK NJ                        07193-5480    0002    COMM:UNSECD/2ND D/T (RES)
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                     .00   NOTICES ONLY
P O BOX 21126                      INT:    .00%  NOT FILED
PHILADELPHIA PA                         010052    ACCT:
                              19114-0000    0007    COMM:
--------------------------------------------------------------------------
LVNV FUNDING LLC                        2,261.12   Unsecured
% RESURGENT CAPITAL SERVICES        INT:    .00%
P O BOX 10587                           134183    ACCT:1263
GREENVILLE SC                    29603-0587    0024    COMM:CITIBANK USA
--------------------------------------------------------------------------
NC CHILD SUPPORT                             .00   NOTICES ONLY
CENTRALIZED COLLECTIONS             INT:    .00%  NOT FILED
P O BOX 900006                          066666    ACCT:
RALEIGH NC                       27675-9006    0006    COMM:
--------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00   NOTICES ONLY
BANKRUPTCY UNIT/OFFC SERV DIV       INT:    .00%  NOT FILED
P O BOX 1168                            010055    ACCT:
RALEIGH NC                       27602-1168    0009    COMM:
--------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00   NOTICES ONLY
% NC DEPARTMENT OF JUSTICE          INT:    .00%  NOT FILED
P O BOX 629                             065002    ACCT:REP:NC DEPT OF REV
RALEIGH NC                       27602-0629    0010    COMM:REP:NC DEPT OF REV
--------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR           AMOUNT   CLASSIFICATION
--------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                  .00   NOTICES ONLY
% REGINALD S HINTON                INT:   .00%  NOT FILED
P O BOX 25000                           042496  ACCT:REP:NC DEPT OF REV
RALEIGH NC                  27640-5000    0011  COMM:REP:NC DEPT OF REV
--------------------------------------------------------------------------
NC EMPLOYMENT SECURITY COMM               .00   NOTICES ONLY
P O BOX 26504                      INT:   .00%  NOT FILED
RALEIGH NC                              053112  ACCT:
                            27611-0000    0027  COMM:
--------------------------------------------------------------------------
OCEAN BEACH CLUB                          .00   Secured
DBA GOLD KEY RESORTS               INT:   .00%  SURRENDERED COLLATERAL
932 LASKIN ROAD                         164602  ACCT:343878
VIRGINIA BEACH VA           23451-0000    0029  COMM:TIMESHARE/RELEASED
--------------------------------------------------------------------------
OCEAN BEACH CLUB                          .00   Secured
DBA GOLD KEY RESORTS               INT:   .00%  SURRENDERED COLLATERAL
932 LASKIN ROAD                         164602  ACCT:344775
VIRGINIA BEACH VA           23451-0000    0036  COMM:TIMESHARE/RELEASED
--------------------------------------------------------------------------
OCEAN BEACH CLUB                     8,055.07   Unsecured
DBA GOLD KEY RESORTS               INT:   .00%
932 LASKIN ROAD                         164602  ACCT:343878
VIRGINIA BEACH VA           23451-0000    2029  COMM:DEFCNCY
--------------------------------------------------------------------------
OCEAN BEACH CLUB                    12,180.63   Unsecured
DBA GOLD KEY RESORTS               INT:   .00%
932 LASKIN ROAD                         164602  ACCT:344775
VIRGINIA BEACH VA           23451-0000    2036  COMM:DEFCNCY
--------------------------------------------------------------------------
PERSON COUNTY REGISTER OF DEED         28.00    Special Cost Item
COURTHOUSE                         INT:   .00%
ROXBORO NC                              010213  ACCT:
                            27573-0000    0031  COMM:RECORD NOTICE
--------------------------------------------------------------------------
PERSON COUNTY TAX COLLECTOR               .00   NOTICES ONLY
P O BOX 1701                       INT:   .00%  NOT FILED
ROXBORO NC                              011543  ACCT:
                            27573-0000    0012  COMM:
--------------------------------------------------------------------------
PERSON COUNTY TAX COLLECTOR          1,157.43   Secured
P O BOX 1701                       INT:  9.00%
ROXBORO NC                              011543  ACCT:9069
                            27573-0000    0037  COMM:07 REAL PROPERTY TAX
--------------------------------------------------------------------------
RETAIL SERVICES/SUZUKI                    .00   VEHICLE
DEPT 7680                          INT:   .00%  NOT FILED
CAROL STREAM IL                         203643  ACCT:2226011023953477
60116-7680    0004  COMM:06 SUZUKI KING QUAD
--------------------------------------------------------------------------
```

```
--------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR         AMOUNT    CLASSIFICATION
--------------------------------------------------------------------
ROUNDUP FUNDING LLC                6,976.25    Unsecured
MS 550                          INT:   .00%
P O BOX 91121                        075638    ACCT:8743
SEATTLE WA            98111-9221      0021      COMM:BARCLAYS BANK DELW
--------------------------------------------------------------------
ROUNDUP FUNDING LLC                7,293.20    Unsecured
MS 550                          INT:   .00%
P O BOX 91121                        075638    ACCT:7929
SEATTLE WA            98111-9221      0035      COMM:BARCLAYS BANK DELW
--------------------------------------------------------------------
VIRGINIA BANK AND TRUST           11,857.98    VEHICLE
P O BOX 3447                    INT:  9.50%
DANVILLE VA                          131580    ACCT:0147015248
                      24543-0000      0005      COMM:02 CHEVY AVALANCHE
--------------------------------------------------------------------
TOTAL                             89,852.91
--------------------------------------------------------------------
JOHN T ORCUTT                      2,300.00    ATTORNEY
6616-203 SIX FORKS ROAD
RALEIGH NC
                      27615-0000
--------------------------------------------------------------------
```

RICHARD M HUTSON II
P O BOX 3613
DURHAM NC
                                                    27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been  filed  with  the  Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the debtor or other party in interest.

Any objection to a claim should be filed in  writing  with  the  Bankruptcy Court at the address below and a copy must be served on the Trustee:

            Clerk, US Bankruptcy Court
            101 S. Edgeworth Street
            PO Box 26100
            Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection  is filed.

                                        OFFICE OF THE CHAPTER 13 TRUSTEE

Date: 09/21/2007              By: /S/ Brenda Nelms
                                   Clerk
                                   Chapter 13 Office
                                   PO Box 3613
                                   Durham, NC  27702-3613

cc:  Debtor(s)
     Attorney for Debtor(s)