UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Wilbur James Dunevant | ) | Motion and Notice |
| Theresa Marie Dunevant | ) | Chapter 13 |
| | ) | |
| | ) | No.: B-07-80269 C13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On November 30, 2007, eCast Settlement Corporation filed a proof of claim in the amount of $4,910.60. This claim is a duplicate of Claim No.4 previously filed in this case.

The Standing Trustee respectfully recommends to the Court that the claim filed by eCast Settlement Corporation be disallowed since it is a duplicate of a previously filed and allowed claim.


Date: January 10, 2008                                                             s/ Richard M. Hutson, II
         lp                                                                                          Standing Trustee
--------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before February 20, 2008, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on March 13, 2008, at 11:00 a.m., in the following location:

*Courtroom, First Floor*
*Durham Centre Building*
*300 West Morgan Street*
*Durham, NC 27701*

Date: January 10, 2008                                                             OFFICE OF THE CLERK
                                                                                                    U.S. Bankruptcy Court

Wilbur James Dunevant
Theresa Marie Dunevant
3686 Cunningham Road
Semora, NC 27343

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

eCast Settlement Corporation
Attn: Managing Agent
PO Box 7247-6971
Philadelphia, PA 19170-6971