C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re:  Wilbur James Dunevant           )
       Theresa Marie Dunevant           )
                                         )
                                         )      No.: B-07-80269 C13D
                                         )
                  Debtor(s)              )

## ORDER

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to disallow the claim filed by eCast Settlement Corporation in the amount of $4,910.60 since it is a duplicate of a previously filed and allowed claim (claim no. 4) and there having been no filed objection to the Motion within the time period set forth in the Notice issued on January 10, 2008 by the Clerk of Court setting February 20, 2008 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

      ORDERED that the claim filed by eCast Settlement Corporation is disallowed since it is a duplicate of a previously filed and allowed claim.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-07-80269 C13D**

Wilbur James Dunevant
Theresa Marie Dunevant
3686 Cunningham Road
Semora, NC 27343

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

eCast Settlement Corporation
Attn: Managing Agent
PO Box 7247-6971
Philadelphia, PA 19170-6971