Judge: Judge Aron
Case Name: Wilbur & Theresa Dunevant
Case Number: B-07-80269
Hearing Date: 11/04/10  Prepared by: J.P.
Application For: Fee - Attorney for Debtor (Adversary)

AMOUNT REQUESTED

| Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Edward Boltz | Attorney | | | 350.00 |
| Total Fees | | 0.00 | | 350.00 |
| Expenses | | | | 11.42 |
| Total Fees and Expenses Requested | | | | 361.42 |

RECOMMENDATION and COMMENTS
__X__ 1. All time and charges appear necessary and proper.
__ __ 2. Other:
1. This adversary an adverdary proceeding to strip second mortgage 10-9057

AMOUNT RECOMMENDED

| Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Edward Boltz | Attorney | | | 350.00 |
| Total Fees | | 0.00 | | 350.00 |
| Expenses | | ======== | | 11.42 |
| Total Fees and Expenses Recommended | | | | 361.42 |

SUMMARY
Professional fees          350.00
Costs and expenses          11.42

Total fees and expenses    361.42
Less:

Balance due                361.42

OTHER COMMENTS/RECOMMENDATIONS:

Date Reviewed:                 s/ Michael D. West
                               Bankruptcy Administrator