Judge: Judge Aron
Case Name: Wilbur & Theresa Dunevant
Case Number: B-07-80269
Hearing Date: 11/04/10
Application For: Fee - Attorney for Debtor (Adversary)

Prepared by: J.P.

### AMOUNT REQUESTED

| Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Edward Boltz | Attorney | | | 350.00 |
| Total Fees | | 0.00 | | 350.00 |
| Expenses | | | | 11.42 |
| Total Fees and Expenses Requested | | | | 361.42 |

### RECOMMENDATION and COMMENTS

__X__ 1. All time and charges appear necessary and proper.
__ __ 2. Other:
1. This adversary an adverdary proceeding to strip second mortgage 10-9037

### AMOUNT RECOMMENDED

| Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Edward Boltz | Attorney | | | 350.00 |
| Total Fees | | 0.00 | | 350.00 |
| Expenses | | ======== | | 11.42 |
| Total Fees and Expenses Recommended | | | | 361.42 |

### SUMMARY

| | |
|---|---|
| Professional fees | 350.00 |
| Costs and expenses | 11.42 |
| Total fees and expenses | 361.42 |
| Less: | |
| Balance due | 361.42 |

---

OTHER COMMENTS/RECOMMENDATIONS:

Date Reviewed:

S/ Michael D. West
Bankruptcy Administrator